UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00089-MOC-DCK

| | | |
|---|---|---|
| **ERIC MALONE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TAMKO BUILDING PRODUCTS INC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Join Necessary Party. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Join Necessary Party (#30) is GRANTED, and Dawn Christine Malone is joined as a necessary party-plaintiff.

Signed: 3/3/2014

Max O. Cogburn Jr.
United States District Judge