# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Eric Malone<br>Dawn Christine Malone**,** | ) | JUDGMENT IN CASE |
| Plaintiff(s), | )<br>)<br>) | 3:13-cv-00089-MOC-DCK |
| vs. | )<br>) | |
| Tamko Building Products Inc**,**<br>Defendant(s). | )<br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2014 Order.

May 22, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court